AO450 (Rev 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Steven D. Jamison

V.

Allina Health System

**JUDGMENT IN A CIVIL CASE**

Case Number: 12-cv-427 (JNE/AJB)

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's complaint against Defendant in this case is dismissed with prejudice.

| December 13, 2013 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Catherine B. Cusack |
| | (By) Deputy Clerk |

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge