UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steven D. Jamison,

    Plaintiff,

v.

Allina Health System,

    Defendant.

Civil No. 12-427 (JNE/AJB)
**VERDICT FORM**

---

On the age discrimination claim of Plaintiff Steven D. Jamison, we find in favor of:

_____     or     _**Defendant Allina Health System**_
(Plaintiff Steven D. Jamison)            (Defendant Allina Health System)

**Note:** *Complete the following two paragraphs only if the above finding is in favor of Plaintiff Steven D. Jamison. If the above finding is in favor of Defendant Allina Health System, have your foreperson sign and date this form because you have completed your deliberation on this claim.*

We find the Plaintiff's damages from lost wages and benefits to be:

    $ _____ (State the amount or, if none, write the word "none.")

We find the Plaintiff's damages from mental anguish or suffering to be:

    $ _____ (State the amount or, if none, write the word "none.")

Dated: **Dec 13, 2013**

**SIGNATURE REDACTED**
FOREPERSON


SCANNED
DEC 1 6 2013
U.S. DISTRICT COURT MPLS